**Opinion filed July 3, 2014**



**In The**

# Eleventh Court of Appeals

_____

**No. 11-12-00361-CR**

_____

**GERTRUDEZ MORALES LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CR16889**

## M E M O R A N D U M   O P I N I O N

Gertrudez Morales Lopez,[1] Appellant, has filed a motion to dismiss his appeal. In the motion, Appellant "respectfully moves this Court to withdraw appellant's notice of appeal and dismiss this appeal." The motion is electronically signed by both Appellant and his counsel in accordance with TEX. R. APP. P. 42.2 and TEX. R. APP. P. 9.1(c).

---

[1]We note that some of the documents in the record and the signature on the motion to dismiss indicate that Appellant's first name is spelled "Gertrudiz."

The motion is granted, and the appeal is dismissed.

PER CURIAM

July 3, 2014

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.